### Lloyd FULTON v. STATE.
#### No. 13579.

Court of Criminal Appeals of Texas.
May 28, 1930.

Joseph A. Seymour, of Midland, for appellant.

A. A. Dawson, State's Atty., of Austin, for the State.

MORROW, P. J.

Receiving and concealing stolen property is the offense; punishment fixed at confinement in the penitentiary for a period of two years.

The indictment appears regular. The record is before us without statement of facts or bills of exceptions. No fundamental error has been perceived or pointed out.

The judgment is affirmed.

---

### Houston JENKINS, Appellant, v. STATE of Texas, Appellee.
#### No. 13557.

Court of Criminal Appeals of Texas.
June 11, 1930.

Wander & Williamson, of Houston, for appellant.

MARTIN, J.

Offense, robbery; penalty, eight years in the penitentiary.

The only question presented for review is the sufficiency of the evidence.

On October 12, 1929, the store of Mike Spata was robbed in the city of Houston by some one at the point of a pistol, and $3 taken from the cash register. Appellant was fully identified as the man committing the offense. A tedious recital of the testimony would seem to serve no useful purpose.

Believing the evidence sufficient, the judgment is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

---

### Ed LIGHTFOOT v. STATE.
#### No. 13444.

Court of Criminal Appeals of Texas.
June 4, 1930.

Marshall & Stewart, of Lubbock, for appellant.

A. A. Dawson, State's Atty., of Austin, for the State.

LATTIMORE, J.

Conviction for selling intoxicating liquor; punishment, three years in the penitentiary.

We find in the record in this case appellant's sworn request that the appeal be dismissed. The request is granted.

The appeal is dismissed at the request of appellant.

---

### Steve McLAUGHLIN v. STATE.
#### No. 13641.

Court of Criminal Appeals of Texas.
May 28, 1930.

John C. Ross, of El Paso, for appellant.

A. A. Dawson, State's Atty., of Austin, for the State.

LATTIMORE, J.

Conviction for driving an automobile on a public highway while intoxicated; punishment, ninety days in the county jail.

We find in this record the sworn motion of appellant asking leave to withdraw his appeal. The motion is granted.

The appeal is dismissed.